**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MARY L. BEARCE,**

      **Plaintiff,**

  **V.**                                      **CASE  NO. C2-11-0499
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP**

**BELMONT TECHNICAL COLLEGE,**

      **Defendant.**

## ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

      **IT IS SO ORDERED.**

<u>June 10, 2011</u>                                         <u>*/s/Edmund A. Sargus, Jr.*</u>
**DATE**                                                  **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**